(82 South. 345)

Ex parte CENTRAL OF GEORGIA RAIL-
WAY CO.

CENTRAL OF GEORGIA RAILWAY CO.
v. FAUST.

(7 Div. 27.)

(Supreme Court of Alabama.    June 26, 1919.)

CERTIORARI ⊚═➣68—MATTERS REVIEWABLE.

A finding from and recitation of facts by
the Court of Appeals precludes a review in the
Supreme Court on petition for certiorari.

Certiorari to Court of Appeals.

Action by W. E. Faust against the Cen-
tral of Georgia Railway Company. A judg-
ment for plaintiff was affirmed by the Court
of Appeals (82 South. 36), and defendant
petitions for certiorari. Writ denied.

Barnes & Walker, of Opelika, for appel-
lant.

Hooton & Vann, of Roanoke, for appellee.

McCLELLAN, J. The writ prayed is de-
nied, because the finding from and recitation
of facts by the Court of Appeals precludes a
review in this court of the conclusion pre-
vailing in the Court of Appeals. Minderhout,
Ex parte, 195 Ala. 420, 71 South. 91; Barrett
Bros., Ex parte, 196 Ala. 655, 72 South. 259,
among others.

Writ denied.

MAYFIELD, SOMERVILLE, and THOM-
AS, JJ., concur.